IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BEASLEY, ALLEN, CROW, METHVIN, PORTIS AND MILES, P.C., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:24-cv-00582-RAH ) |
| THE SMITH LAW FIRM, PLLC, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

Pending before the Court is Cross-Claimant Defendant Porter Malouf, P.A. ("Porter") and Defendants The Smith Law Firm, PLLC and Robert Allen, Jr.'s (collectively "Smith Defendants") joint *Motion for Leave to File Purchase Agreement Under Seal* (doc. 51) filed on January 30, 2025. The motion states that "Porter and the Smith Defendants have a significant interest in keeping their financial and business information private. There is no legally cognizable interest in making the terms and conditions of the Purchase Agreement public." (Doc. 51 at 2.) The public, however, has a right of access to judicial proceedings and records. *Chicago Trib. Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311 (11th Cir. 2001). This right is "crucial to our tradition and history, as well as to continued public confidence in our system of justice." *Callahan v. United Network for Organ Sharing*, 17 F.4th 1356, 1358–59 (11th Cir. 2021). Therefore, good cause must exist to seal judicial records from the public. *See id.* at 1358.

Accordingly, it is **ORDERED** as follows:

(1) For good cause, the motion (doc. 51) is **GRANTED** *contingent* upon the Court's further determination as to whether the Purchase Agreement should remain under seal;

(2) Porter and the Smith Defendants shall file the Purchase Agreement under seal on or before **February 3, 2025**; and

(3) Porter and the Smith Defendants shall supplement the motion (doc. 51) with case authority that supports (a) their position that a document such as their Purchase Agreement is appropriate to remain under seal and (b) their self-proclaimed privacy interest overrides the public interest and right to court records. This supplement shall be filed on or before **February 7, 2025**.

   **DONE** and **ORDERED** on this the 31st day of January 2025.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE