**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C. | ) ) ) | |
| Plaintiff, | ) ) | |
| V. | ) ) | Case No. 2:24-CV-00582 |
| THE SMITH LAW FIRM, PLLC, ROBERT ALLEN SMITH, JR., and PORTER MALOUF, P.A., | ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION TO DISMISS**

Defendants The Smith Law Firm, PLLC, and Robert Allen Smith, Jr. (collectively, "Smith"), through counsel, move to dismiss all claims against them by Plaintiff Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. ("Beasley") pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6).

1.    Beasley and Smith represent more than 12,000 clients with talcum powder claims against Johnson & Johnson and its affiliates ("J&J"). Their relationship is governed by a contract ("JV Agreement").

2.    Beasley drafted the JV Agreement on December 19, 2013. It was executed January 23, 2014.

3.    Beasley's dispute with Smith centers around a difference of opinion over whether to support a potential settlement of the Talc litigation through a

proposed $10 billion trust-structure resolution with J&J ("Proposed Resolution"). Beasley opposes the Proposed Resolution. Smith supports it.

4.      Beasley is virtually alone in opposing the Proposed Resolution. Nearly every plaintiff firm in the Talc Litigation now supports the Proposed Resolution, as does the Talc Claimants Committee, which is appointed by the U.S. Trustee to represent the interests of the Talc claimants in the latest bankruptcy proceeding.

5.      Beasley's First Amended Complaint fails to state a claim against Smith. Fed. R. Civ. P. 12(b)(6).

6.      The First Amended Complaint fails to state a claim against Smith for breach of contract. Beasley's JV Agreement does not impose on Smith the duties alleged in the First Amended Complaint, nor does the First Amended Complaint allege, other than conclusory allegations, that Beasley fully performed and was damaged as a result of the alleged breaches.

7.      The First Amended Complaint fails to state a claim against Smith for fraudulent suppression. Smith had no duty to disclose the allegedly concealed facts, and the First Amended Complaint fails to allege, other than conclusory allegations, that Beasley was unaware of the allegedly concealed facts, that Beasley was induced to act upon the allegedly concealed facts, and that Beasley was damaged by the allegedly concealed facts.

8.      The First Amended Complaint fails to state a claim against Smith for misrepresentation. Smith had no duty concerning the allegedly misrepresented facts, and the First Amended Complaint fails to allege, other than conclusory allegations, that Smith misrepresented material facts, that Beasley relied on the allegedly misrepresented facts, and that Beasley was actually injured by the allegedly misrepresented facts.

9.      The First Amended Complaint fails to state a claim against Smith for breach of fiduciary duty. Smith had no fiduciary duty to Beasley that required Smith to refrain from acting on behalf of, and communicating with, his clients, and the First Amended Complaint fails to allege, other than conclusory allegations, that Smith breached any fiduciary duty to Beasley, and that Beasley was actually injured.

10.     Beasley's claims in its First Amended Complaint are barred, in whole or in part, by applicable Alabama statutes of limitations.

11.     Beasley's claims in its First Amended Complaint, in whole or in part, are not ripe and must be dismissed for lack of subject matter jurisdiction.

12.     Smith's Memorandum in Support of Motion to Dismiss is filed contemporaneously herewith, and incorporated herein, as if copied in full.

3

Defendants The Smith Law Firm, PLLC, and Robert Allen Smith, Jr., through counsel, respectfully request dismissal with prejudice of all claims brought against them by Plaintiff Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as well as all other relief the Court may deem appropriate.

s/  Joel D. Connally
Joel D. Connally
ASB-3751-Y72J
Attorney for the Smith Defendants
STRENGTH & CONNALLY, LLC
7020 Fain Park Dr., Ste. 3
Montgomery, AL  36117
T:  334-387-2121
Email:  jc@strengthconnally.com


s/ Gary Bufkin
Gary Bufkin
*Pro hac vice*
Attorney for the Smith Defendants
CARROLL BUFKIN, PLLC
1076 Highland Colony Parkway
600 Concourse, Ste. 125
Ridgeland, Mississippi 39157
T: 601-982-5011
Email:  tgb@carrollbufkin.com

4

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such

filing to the following:

Robert D. Segall (ASB-7354-E68R)
J. David Martin (ASB-7387-A54J)
COPELAND, FRANCO, SCREWS & GILL, P.A.
*Attorneys for Plaintiff*
Post Office Box 347
444 South Perry Street (36104)
Montgomery, Alabama 36101-0347
T: 334.834.1180 F: 334.834.3172
segall@copelandfranco.com
martin@copelandfranco.com

Bruce F. Rogers
Elizabeth N. Terenzi
BAINBRIDGE MIMS ROGERS & SMITH, LLP
*Attorneys for Defendant Porter Malouf, P.A.*
600 Luckie Drive, Suite 415
Birmingham, Alabama 35223
Telephone: (205) 879-1100
Facsimile: (205) 879-4300
brogers@bainbridgemims.com
bterenzi@bainbridgemims.co

s/ Joel D. Connally   ASB-3751-Y72J
*Attorney for Defendants*
*The Smith Law Firm, PLLC, and*
*Robert Allen Smith, Jr.*

5