## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| BEASLEY, ALLEN, CROW, METHVIN, PORTIS and MILES, P.C., | * <br> * <br> * | |
| Plaintiff, | * <br> * | |
| v. | * <br> * | Case No. 2:24-cv-582-RAH-JTA |
| PORTER MALOUF, P.A., | * <br> * <br> * | |
| Defendant/Crossclaim Plaintiff, | * <br> * | |
| v. | * <br> * | |
| THE SMITH LAW FIRM, PLLC and ROBERT ALLEN SMITH, JR., | * <br> * <br> * | |
| Defendant/Crossclaim Defendant. | * | |

| | | |
|---|---|---|
| THE SMITH LAW FIRM, PLLC, | * <br> * | |
| Plaintiff, | * <br> * | |
| v. | * | Case No. 2:25-cv-183-RAH-JTA |
| | * | |
| BEASLEY, ALLEN, CROW, METHVIN, PORTIS and MILES, P.C., et al., | * <br> * <br> * <br> * | |
| Defendants. | * | |

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff Beasley, Allen, Crow, Methvin, Portis and Miles, P.C. ("Beasley Allen") hereby moves for leave to file the attached Second Amended Complaint.

[Exhibit A]. The Motion for Leave to Amend is timely under the Court's Order providing Plaintiff until October 3 to seek leave to file a Second Amended Complaint. [Doc. 111]. Undersigned counsel for Beasley Allen conferred with counsel for all Defendants and counsel for the Defendants indicated that they had no opposition to the Court granting leave for Beasley Allen to file an Amended Complaint.

WHEREFORE, Beasley Allen moves the Court for Leave allowing it to file the attached Second Amended Complaint.

Filed this 2nd day of October, 2025.

s/ J. David Martin
Robert D. Segall (ASB-7354-E68R)
J. David Martin (ASB-7387-A54J)
COPELAND, FRANCO, SCREWS & GILL, P.A.
Post Office Box 347
444 South Perry Street (36104)
Montgomery, Alabama 36101-0347
T: 334.834.1180   F: 334.834.3172
Email: segall@copelandfranco.com
Email: martin@copelandfranco.com
**Counsel for Plaintiff, Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of October, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I have served a copy of the above and foregoing document upon the following parties by First Class Mail, postage prepaid and properly addressed as follows:

Joel D. Connally
STRENGTH & CONNALLY, LLC
7020 Fain Park Dr., Ste. 3
Montgomery, AL 36117
T:  334/387-2121
Email: jc@strengthconnally.com

Thomas G. Bufkin
Carroll Bufkin, PLLC
1076 Highland Colony Parkway
600 Concourse, Ste. 125
Ridgeland, Mississippi 39157
T: 601/982-5011
tgb@carrollbufkin.com

***Counsel for The Smith Law Firm, PLLC and Robert Allen Smith, Jr.***

Bruce F. Rogers
Elizabeth N. Terenzi
BAINBRIDGE MIMS ROGERS & SMITH, LLP
600 Luckie Dr., Ste. 415
Birmingham, AL 35223
T:  205/879-1100   F:  205/879-4300
Email:  brogers@bainbridgemims.com
Email: bterenzi@bainbridgemims.com
***Counsel for Porter Malouf, P.A.***

s/ J. David Martin
Of Counsel

3