# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C. ) ) ) | |
| Plaintiff, ) ) | |
| V. ) ) | Case No. 2:24-CV-00582 |
| THE SMITH LAW FIRM, PLLC, ROBERT ALLEN SMITH, JR., and PORTER MALOUF, P.A., ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF SERVICE OF RESPONSES TO FIRST REQUESTS FOR ADMISSION

PLEASE TAKE NOTICE that Defendants The Smith Law Firm, PLLC and Robert Allen Smith, Jr. today have served on all counsel of record, *via* electronic mail, a true and correct copy of their Responses to Plaintiff Beasley Allen Crow Methvin Portis and Miles, P.C.'s First Requests for Admission. Undersigned counsel has retained the original.

Dated: December 5, 2025

        Respectfully submitted,

        THE SMITH LAW FIRM and
        ROBERT ALLEN SMITH, JR.

        By their attorneys,

        s/ Gary Bufkin
        Gary Bufkin
        *Pro hac vice*
        CARROLL BUFKIN, PLLC
        1076 Highland Colony Pkwy, Ste 125
        Ridgeland, MS  39157
        T: 601-982-5011
        tgb@carrollbufkin.com

Joel D. Connally
ASB-3751-Y72J
STRENGTH & CONNALLY, LLC
7020 Fain Park Dr., Ste. 3
Montgomery, AL  36117
T: 334-387-2121
jc@strengthconnally.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of December 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Robert D. Segall (ASB-7354-E68R)
J. David Martin (ASB-7387-A54J)
COPELAND, FRANCO, SCREWS & GILL, P.A.
*Attorneys for Plaintiff*
Post Office Box 347
444 South Perry Street (36104)
Montgomery, Alabama 36101-0347
T: 334.834.1180 F: 334.834.3172
segall@copelandfranco.com
martin@copelandfranco.com

Bruce F. Rogers
Elizabeth N. Terenzi
Mollie L. Bradford
BAINBRIDGE MIMS ROGERS & SMITH, LLP
*Attorneys for Defendant Porter Malouf, P.A.*
600 Luckie Drive, Suite 415
Birmingham, Alabama 35223
Telephone: (205) 879-1100
Facsimile: (205) 879-4300
brogers@bainbridgemims.com
bterenzi@bainbridgemims.com
mbradford@bainbridgemims.com

                                                s/ Gary Bufkin
                                                Gary Bufkin (*Pro hac vice*)
                                                *Attorney for Defendants*
                                                *The Smith Law Firm, PLLC, and*
                                                *Robert Allen Smith, Jr.*