**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK

TELEPHONE (334) 954-3600

December 8, 2025

## NOTICE OF NON-COMPLIANCE

**To:        ALL COUNSEL OF RECORD**

**Case Style:   Beasley, Allen, Crow, Methvin, Portis and Miles, P.C. V. The Smith Law Firm, PLLC et al**

**Case Number:  2:24-cv-00582-RAH-JTA**

**Referenced Document: Notice of Service**

**Docket Entry Number:      127**

**The referenced document was electronically filed on \*\*\* December 5, 2025\*\*\*\* in this case and is not in compliance with the local rules and/or administrative procedures of this court.**

**\*\*\*\*\*\*The document is discovery and is not allowed pursuant to Local Rule 26.3 NON-FILING OF CIVIL DISCOVERY.**

**This document is hereby STRICKEN from the record and the parties are instructed to disregard the entry of this document on the court's docket. Parties should be aware that the striking of this entry does not affect their responsibilities as to the discovery process.**