# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **BEASLEY, ALLEN, CROW,** | * | |
| **METHVIN, PORTIS and MILES, P.C.,** | * | |
| | * | |
| **Plaintiff/Counterclaim Defendant** | * | |
| | * | |
| **v.** | * | **Case No. 2:24-cv-582-RAH-JTA** |
| | * | |
| **PORTER MALOUF, P.A.,** | * | |
| | * | |
| **Defendant/Crossclaim Plaintiff,** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **THE SMITH LAW FIRM, PLLC and** | * | |
| **ROBERT ALLEN SMITH, JR.,** | * | |
| | * | |
| **Defendant/Counterclaim Plaintiff/** | * | |
| **Crossclaim Defendant.** | * | |

## JOINT MOTION TO AMEND
## SCHEDULING AND CASE MANAGEMENT ORDER

On January 14, 2025, the Court entered a Scheduling and Case Management Order in this case. [Doc. 49].  The Parties, by and through their undersigned counsel, jointly move the Court to amend certain dates set forth in the Scheduling and Case Management Order as follows:

**SECTION 1:** The Parties propose that the pretrial conference would be held on April 29, 2027, and that the proposed pretrial order would be received by the Court on or before April 22, 2027.  The trial setting would be May 24, 2027.

**SECTION 2:** The Parties propose that the dispositive motion cut-off would be November 5, 2026.

**SECTION 3:** The Parties propose that the required telephone settlement conference would be held no later than October 1, 2026.

**SECTION 7:** The Parties propose that the discovery cutoff would be October 8, 2026.

**SECTION 8:** The Parties propose that expert witness disclosures would be made:

From the Plaintiff, Counterclaim Plaintiff, Crossclaim Plaintiff, on or before July 31, 2026;

From the Defendants/Counterclaim Defendant/Crossclaim Defendant, on or before August 28, 2026

**SECTION 9**: Trial witness lists would be provided no later than March 12, 2027, with objections to any witnesses to be filed no later than March 26, 2027, and any responses to objections to be filed no later than April 2, 2027.

**SECTION 10**: Deposition designations shall be filed no later than March 12, 2027, with objections to any designations to be filed no later than March 26, 2027, and any responses to objections to be filed no later than April 2, 2027.

**SECTION 11:** Exhibits shall be filed and exchanged no later than March 12, 2027, with objections to any exhibits to be filed no later than March 26, 2027, and any responses to objections to be filed no later than April 2, 2027.

Respectfully submitted this 16th day of December, 2025.

s/ J. David Martin
J. David Martin (ASB-7387-A54J)
Robert D. Segall (ASB-7354-E68R)
COPELAND, FRANCO, SCREWS & GILL, P.A.
Post Office Box 347
444 South Perry Street (36104)
Montgomery, Alabama 36101-0347
T: 334.834.1180   F:  334.834.3172
Email: martin@copelandfranco.com
Email: segall@copelandfranco.com

***Counsel for Plaintiff Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.***

s/ Joel D. Connally
Joel D. Connally
STRENGTH & CONNALLY, LLC
7020 Fain Park Dr., Ste. 3
Montgomery, AL 36117
T:  334/387-2121
Email: jc@strengthconnally.com

3

Thomas G. Bufkin
Carroll Bufkin, PLLC
1076 Highland Colony Parkway
600 Concourse, Ste. 125
Ridgeland, Mississippi 39157
T: 601/982-5011
tgb@carrollbufkin.com

**Counsel for Defendants The Smith Law Firm, PLLC and Robert Allen Smith, Jr.**

s/ Bruce F. Rogers
Bruce F. Rogers
Elizabeth N. Terenzi
BAINBRIDGE MIMS ROGERS & SMITH, LLP
600 Luckie Dr., Ste. 415
Birmingham, AL 35223
T:  205/879-1100   F:  205/879-4300
Email:  brogers@bainbridgemims.com
Email: bterenzi@bainbridgemims.com

**Counsel for Defendant Porter Malouf, P.A.**

## CERTIFICATION

I, J. David Martin, as counsel for Plaintiff, hereby certify that I have conferred with counsel for all parties in this case who gave me permission to submit this Motion as a Joint Motion and to file this Joint Motion on their behalf.

s/ J. David Martin

4