**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No. 2:24-CV-00582 |
| | ) | |
| THE SMITH LAW FIRM, PLLC, ROBERT ALLEN SMITH, JR., and PORTER MALOUF, P.A., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**RESPONSE TO ORDER TO SHOW CAUSE**
**REGARDING PLAINTIFF'S MOTION TO COMPEL**

Defendants The Smith Law Firm, PLLC, and Robert Allen Smith Jr. (collectively, "Smith Defendants"), through undersigned counsel, hereby respond to the Court's Show Cause Order [141], as amended [143], concerning the Amended Motion to Compel [140] filed by Plaintiff Beasley, Allen, Crow, Methvin, Portis and Miles, P.C. ("Beasley").

1.      Throughout this litigation, Beasley and Smith Defendants have engaged in good faith settlement discussions. As a result, this matter has been stayed several times. [95], [105], [107], [109], [111]. Unfortunately, prior settlement efforts, while productive, ultimately proved unsuccessful.

2.      Following settlement discussions, Beasley sought supplementation from Smith Defendants, and Smith Defendants supplemented without waiving objections. Thereafter, Beasley sought further supplementation from Smith Defendants. This time, Smith Defendants stood on their prior responses and objections. Thus, Beasley filed its

instant Amended Motion to Compel. [140].

3.      Shortly after Beasley filed its Amended Motion to Compel [140], Beasley and Smith Defendants renewed their settlement discussions. These settlement discussions are ongoing as of the date of this Response.

4.      Smith Defendants do not believe that Beasley is entitled to further supplementation. However, to ensure compliance with the Court's Order [141], Smith Defendants have further supplemented their discovery responses and production of documents.

Defendants The Smith Law Firm, PLLC, and Robert Allen Smith, Jr. respectfully submit that Beasley's Amended Motion to Compel should be denied, or, alternatively, that ruling on the Motion be deferred until current settlement efforts are completed.

Dated: April 10, 2026

Respectfully submitted,

THE SMITH LAW FIRM and
ROBERT ALLEN SMITH, JR.

By their attorneys,

s/  Gary Bufkin
Gary Bufkin
*Pro hac vice*
CARROLL BUFKIN, PLLC
1076 Highland Colony Pkwy, Ste 125
Ridgeland, MS  39157
T: 601-982-5011
tgb@carrollbufkin.com

Joel D. Connally
ASB-3751-Y72J
STRENGTH & CONNALLY, LLC
7020 Fain Park Dr., Ste. 3
Montgomery, AL  36117
T: 334-387-2121
jc@strengthconnally.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Robert D. Segall (ASB-7354-E68R)
J. David Martin (ASB-7387-A54J)
COPELAND, FRANCO, SCREWS & GILL, P.A.
*Attorneys for Plaintiff*
Post Office Box 347
444 South Perry Street (36104)
Montgomery, Alabama 36101-0347
T: 334.834.1180 F: 334.834.3172
segall@copelandfranco.com
martin@copelandfranco.com

Bruce F. Rogers
Elizabeth N. Terenzi
Mollie L. Bradford
BAINBRIDGE MIMS ROGERS & SMITH, LLP
*Attorneys for Defendant Porter Malouf, P.A.*
600 Luckie Drive, Suite 415
Birmingham, Alabama 35223
Telephone: (205) 879-1100
Facsimile: (205) 879-4300
brogers@bainbridgemims.com
bterenzi@bainbridgemims.com
mbradford@bainbridgemims.com

s/  Gary Bufkin
Gary Bufkin (*Pro hac vice*)
*Attorney for Defendants*
*The Smith Law Firm, PLLC, and*
*Robert Allen Smith, Jr.*