**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **BEASLEY, ALLEN, CROW, METHVIN, PORTIS AND MILES, P.C.,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | |
| **THE SMITH LAW FIRM, PLLC, ROBERT ALLEN SMITH, JR., and PORTER MALOUF, P.A.,** | ) ) ) ) | **Case No. 2:24-CV-00582-JTA** **JURY TRIAL DEMANDED** |
| **Defendants.** | ) ) | |

### <u>UNOPPOSED MOTION TO DENY MOTION TO COMPEL AS MOOT WITH RIGHT TO REFILE</u>

Plaintiff Beasley, Allen, Crow, Methvin, Portis and Miles, P.C. ("Beasley Allen"), filed an Amended Motion to Compel the Smith Law Firm, PLLC and Robert Allen Smith, Jr. (collectively, the "Smith Defendants") to respond to certain interrogatories and requests for production and to determine the sufficiency of the Smith Defendants' answers to certain requests for admissions. [Doc. 139]. The Smith Defendants subsequently filed a response referencing the fact that they were further supplementing their discovery responses and production of documents. [Doc. 144]. The Smith Defendants further noted that after the Amended Motion to Compel was filed, the parties renewed settlement discussions which were ongoing. [Id.].

Beasley Allen was ordered to file a reply in support of the Amended Motion to Compel no later than May 8, 2026. [Doc. 147]. The supplemental discovery responses and documents produced by the Smith Defendants in response to the Amended Motion to Compel have rendered moot a significant number of the discovery requests at issue in the Amended Motion to Compel. The additional production of nearly 10,000 pages of documents are being reviewed and, upon

completion, it may be that the supplemental responses and production will be satisfactory.  In addition, settlement discussions between Beasley Allen and the Smith Parties continue.

For these reasons, Beasley Allen respectfully requests that the Court Deny its Amended Motion to Compel as Moot, but expressly provide that Beasley Allen have the right to re-file if, upon termination of on-going settlement talks and a thorough review of the Smith Parties' supplemental responses and production, it believes that the Smith Parties' supplemental responses and production remain deficient.

Counsel for the Smith Parties has been consulted regarding this Motion, and the Smith Parties do not oppose the Court entering such an order.

s/ J. David Martin
Robert D. Segall (ASB-7354-E68R)
J. David Martin (ASB-7387-A54J)
COPELAND, FRANCO, SCREWS & GILL, P.A.
Post Office Box 347
444 South Perry Street (36104)
Montgomery, Alabama 36101-0347
T: 334.834.1180   F:  334.834.3172
Email: segall@copelandfranco.com
Email: martin@copelandfranco.com
***Counsel for Plaintiff, Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.***

**CERTIFICATE OF SERVICE**

        I hereby certify that on the 7ᵗʰ day of May, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and a copy of same will be electronically served upon all counsel of record, as follows:

Joel D. Connally
STRENGTH & CONNALLY, LLC
7020 Fain Park Dr., Ste. 3
Montgomery, AL 36117
T:  334/387-2121
Email: jc@strengthconnally.com

Thomas G. Bufkin
Carroll Bufkin, PLLC
1076 Highland Colony Parkway
600 Concourse, Ste. 125
Ridgeland, Mississippi 39157
T: 601/982-5011
tgb@carrollbufkin.com

***Counsel for The Smith Law Firm, PLLC and Robert Allen Smith, Jr.***

Bruce F. Rogers
Elizabeth N. Terenzi
Mollie L. Bradford
BAINBRIDGE MIMS ROGERS & SMITH, LLP
600 Luckie Dr., Ste. 415
Birmingham, AL 35223
T:  205/879-1100   F:  205/879-4300
Email:  brogers@bainbridgemims.com
Email: bterenzi@bainbridgemims.com
Email: mbradford@bainbridgemims.com
***Counsel for Porter Malouf, P.A.***

        s/ J. David Martin
        Of Counsel