**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| BEASLEY, ALLEN, CROW, METHVIN, PORTIS AND MILES, P.C., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.: 2:24-cv-00582-RAH |
| THE SMITH LAW FIRM, PLLC, et al., | ) ) ) ) ) | |
| Defendants. | | |

## JOINT STATUS REPORT

The Smith Law Firm, PLLC and Robert Allen Smith, Jr., (the "Smith Defendants") and Porter Malouf, P.A. ("Porter Malouf"), in accordance with the Court's May 20, 2025 Order, hereby provide the following status report:

1.      The Court ordered the parties to arbitrate Counts One and Two of Porter Malouf's Second Amended Cross-Claims against the Smith Defendants and to provide the Court a status update concerning the arbitration every 120 days. Doc. 100.

2.      The parties, by agreement, have not initiated arbitration of those claims as of this date.

3.     The undersigned certifies that she has authority to file this Joint Status Report on behalf of Thomas G. Bufkin and Joel D. Connally, counsel for the Smith Defendants.

Respectfully submitted,

*/s/ Thomas G. Bufkin (w/ permission)*
Thomas G. Bufkin
CAROLL BUFKIN, PLLC
1070 Highland Colony Parkway
600 Concourse, Ste. 125
Ridgeland, Mississippi 39157
Telephone:  (601) 982-5011
Email:        tgb@carrollbufkin.com

Joel D. Connally
STRENGTH & CONNALLY, LLC
7020 Fain Park Dr., Ste. 3
Montgomery, Alabama 36117
Telephone:  (334) 387-2121
Email:        jc@strengthconnally.com

**Attorneys for the Smith Defendants**

*/s/ Elizabeth N. Terenzi*
Bruce F. Rogers
Elizabeth N. Terenzi
BAINBRIDGE MIMS ROGERS & SMITH, LLP
600 Luckie Drive, Suite 415
Birmingham, Alabama 35223
Telephone:  (205) 879-1100
Facsimile:  (205) 879-4300
Email:        brogers@bainbridgemims.com
                bterenzi@bainbridgemims.com

**Attorneys for Porter Malouf, P.A.**

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF e-file system, which will send notice of electronic filing to the following counsel of record:

James David Martin
Robert David Segall
COPELAND FRANCO SCREWS & GILL, PA
P.O. Box 347
Montgomery, Alabama 36101-0347
Telephone:  (334) 834-1180
Email:          martin@copelandfranco.com
                    segall@copelandfranco.com
*Attorneys for Plaintiff*

Joel D. Connally
Strength & Connally, LLC
7020 Fain Park Dr., Ste. 3
Montgomery, AL 36117
Telephone:  (334) 387-2121
Email:          jc@strengthconnally.com

Thomas G. Bufkin
CAROLL BUFKIN, PLLC
1070 Highland Colony Parkway
600 Concourse, Ste. 125
Ridgeland, Mississippi 39157
Telephone:  (601) 982-5011
Email:          tgb@carrollbufkin.com

*Attorneys for The Smith Law Firm, PPLC and
Robert Allen Smith, Jr.*

/s/ Elizabeth N. Terenzi
OF COUNSEL

3